# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-3165** | **September Term, 2023** |
| | 1:21-cr-00175-TJK-2 |
| | 1:21-cr-00175-TJK-1 |
| | 1:21-cr-00175-TJK-6 |
| | 1:21-cr-00175-TJK-5 |
| | 1:21-cr-00175-TJK-3 |

**Filed On: December 1, 2023** [2029643]

United States of America,

    Appellee

    v.

Enrique Tarrio, also known as Henry Tarrio,

    Appellant

------------------------------

Consolidated with 23-3159

## O R D E R

Upon consideration of the amended unopposed motion of appellant Enrique Tarrio for leave to file initial submissions out of time, and the lodged transcript status report and docketing statement, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged documents.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:   /s/
    Catherine J. Lavender
    Deputy Clerk