UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 23-3159 et al.

———————

UNITED STATES OF AMERICA,                                        Appellee,

v.

ETHAN NORDEAN, ET AL.,                                            Appellants.

## MOTION TO DISMISS GOVERNMENT CROSS-APPEALS

Pursuant to Federal Rule of Appellate Procedure 42, the United States moves to dismiss the government's cross-appeals in these consolidated cases. The relevant case names and numbers are:

- *United States v. Nordean*, No. 23-3192
- *United States v. Biggs*, No. 23-3193
- *United States v. Rehl*, No. 23-3194
- *United States v. Tarrio*, No. 23-3195
- *United States v. Pezzola*, No. 23-3196

Respectfully submitted,

Edward R. Martin, Jr.
United States Attorney

Chrisellen R. Kolb
Assistant United States Attorney

/s/
--------------------------------
Daniel J. Lenerz, DC Bar 888283905
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellants, on this 23rd day of January, 2025.

/s/
DANIEL J. LENERZ
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion contains 65 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
DANIEL J. LENERZ
Assistant United States Attorney